ERSKINE M. PHELPS *et al.*

*v.*

THE UNION ELEVATED RAILROAD COMPANY.

*Filed at Ottawa April 3, 1897.*

This case is controlled by the decision in the case of *Doane* v. *Lake Street Elevated Railroad Co.* 165 Ill. 510.

*Phelps* v. *Union Elevated Railroad Co.* 60 Ill. App. 471, affirmed.

APPEAL from the Appellate Court for the First District;—heard in that court on appeal from the Circuit Court of Cook county; the Hon. M. F. TULEY, Judge, presiding.

GREEN, ROBBINS & HONORE, for appellants.

JOHN P. WILSON, and KNIGHT & BROWN, for appellee.

Per CURIAM: This record presents facts substantially like those which were before this court and fully considered in *Doane* v. *Lake Street Elevated Railroad Co.* 165 Ill. 510. No new questions of law are raised, and the decision in that case controls here. For reasons there stated the Appellate Court's judgment in this case is affirmed.

*Judgment affirmed.*